# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MITCHELL ALAN TITUS, | : | No. 131 MM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| PERRY COUNTY COURT OF COMMON PLEAS, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2016, the Application for Leave to File Original Process and the Application for Leave to Reply are **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.